UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

DAVID SULLIVAN, *et al.*,                )
                                          )
                                          )          3:22-CV-00392-DCLC-JEM
          Plaintiffs,                     )
                                          )
     v.                                   )
                                          )
METRO KNOXVILLE HMA, LLC,                 )
                                          )
                                          )
          Defendant.                      )
                                          )

**JUDGMENT**

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 29].

For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion

is **GRANTED**. The Complaint [Doc. 1] is **DISMISSED WITH PREJUDICE**. Accordingly, the

Clerk is **DIRECTED** to close this case.

          **SO ORDERED:**

                                   s/Clifton L. Corker
                                   United States District Judge

          ENTERED AS A JUDGMENT:

          s/ LeAnna Wilson
          Clerk of Court